IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 CV 31

| | |
|---|---|
| **CHRISTOPHER D. ELLER,** )<br>)<br>Plaintiff )<br>) | **ORDER** |
| v )<br>)<br>**GARY KAUFMAN, et al.,** )<br>)<br>Defendants ) | |

**THIS MATTER** is before the Court pursuant to a review of the file in this matter. In the Pretrial Order and Case Management Plan (#5) the undersigned set the trial in this matter for the first session on or after October 7, 2013. The scheduling of this matter for the October 7, 2013 term of this Court shall be in the United States Courthouse in Asheville, North Carolina unless other sessions of Court are established where this Court can hear the case at the United States Courthouse in Bryson City, North Carolina.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the trial of this matter which is set for **October 7, 2013** shall take place in the United States Courthouse in **Asheville, North Carolina** pending further orders of the Court.

Signed: December 6, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge